**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00490-CR
No. 05-11-00491-CR
No. 05-11-00492-CR
No. 05-11-00493-CR

**DIONTE MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F07-51260-X, F07-73298-X, F08-51985-X, F10-00641-X**

## ORDER

The Court **REINSTATES** these appeals.

On November 10, 2011, the Court abated the above appeals pending disposition of the State's appeals from the trial court's order granting appellant's motion for new trial.[1] On August 28, 2012, this Court affirmed the trial court's orders granting the motions for new trial and the Texas Court of Criminal Appeals refused the State's petitions for discretionary review on February 13, 2013. *See State v. Matthews*, No. 05-11-00548-CR, 2012 WL 3668203 (Tex. App.—Dallas Aug. 28 2012, pet. ref'd) (not designated for publication). We thereafter sent the

---

[1] The State's appeals were docketed as cause nos. 05-11-00548-CR through 05-11-00551-CR, styled The State of Texas v. Dionte Matthews.

parties a letter directing them to notify the Court by March 11, 2013 of why the above appeals should not be reinstated and dismissed. Appellant's counsel responded that she knew of no reason these appeals should not be reinstated and dismissed.

Accordingly, we will dispose of the above appeals in due course.


/s/ DAVID EVANS
   JUSTICE